**IN THE UNITED STATES DISTRICT COURT OF THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**


**HERTISTINE GREEN**                                                                      **PLAINTIFF**


**V.**                                        **CIVIL ACTION NO. 3:11-CV-785-HTW-LRA**


**OSI RESTAURANT PARTNERS, LLC;**
**BONEFISH GRILL, LLC; UNKNOWN**
**DEFENDANTS "A", "B", AND "C"**                                           **DEFENDANTS**

---

### ORDER GRANTING EXTENSION OF TIME TO OBTAIN NEW COUNSEL

---

**THIS DAY, THIS CAUSE,** came on to be heard on plaintiff's, Hertistine Green's

motion for extension of time obtain new counsel [docket no. 54]. This court is of the opinion that

the request is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that plaintiff shall have thirty

(30) days from receipt of this order to inform the court whether she has obtained new counsel or

will precede *pro se.*

**SO ORDERED AND ADJUDGED** this the 1st day of May, 2015.

                                        **s/ HENRY T. WINGATE**          _
                                        **UNITED STATES DISTRICT JUDGE**